**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (if known): _____   Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Elkhorn Exploration Co. |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Elkhorn Exploration Co. – Texas |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 5 3 9 9 5 2 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2702 E. Fifth Street <br> Number        Street | Number        Street |
| Tyler, TX 75701 <br> City                     State    ZIP Code | City                     State    ZIP Code |
| Smith <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number        Street <br><br> City                     State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
         Name

| **7. Describe debtor's business** | A. *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  2   1   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District  Eastern District of Texas          When  3/21/2022    Case number  22-40356
                                                          MM / DD / YYYY

        District _____    When _____    Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____        Relationship _____

        District _____        When _____
                                                           MM / DD / YYYY

        Case number, if known _____

| Debtor | Elkhorn Exploration Co. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor   Elkhorn Exploration Co. _____   Case number (if known) _____
Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/13/2023
MM/ DD/ YYYY

X  /s/ John B. Diefenbach _____          John B. Diefenbach
Signature of authorized representative of debtor          Printed name

Title  Sole Director and President/CEO

---

**18. Signature of attorney**

X _____          Date  09/13/2023
Signature of attorney for debtor          MM/ DD/ YYYY

_____
Printed name

DeMarco Mitchell, PLLC
Firm name

1255 West 15th St., 805
Number      Street

Plano          TX    75075
City          State  ZIP Code

_____          _____
Contact phone          Email address

_____          _____
Bar number          State

---

| Fill in this information to identify the case: |
|---|
| Debtor name        Elkhorn Exploration Co. |
| United States Bankruptcy Court for the: |
|        Eastern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>09/13/2023</u>
       MM/ DD/ YYYY

**X** <u>/s/ John B. Diefenbach</u>
Signature of individual signing on behalf of debtor

<u>John B. Diefenbach</u>
Printed name

<u>Sole Director and President/CEO</u>
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name       Elkhorn Exploration Co. |
| United States Bankruptcy Court for the: <br>       Eastern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Bitco Services <br> 25138 Township Rd 490 <br> Alberta, CN T4X 2N4, | | | | | | $56,895.13 |
| 2   Blackstone Oilfield Services <br> 525 N. 1st Street #77 <br> Bloomfield, NM 87413 | | | | | | $114,955.23 |
| 3   Brian Bajoie <br> 13902 Cotton Bluff Lane <br> Tomball, TX 77377 | | | | | | $200,000.00 |
| 4   C&M Oilfield rentals <br> 3429 Cottonwood Ave Ste 1 <br> Cody, WY 82414 | | | | | | $11,614.08 |
| 5   Chris Smart <br> 11467 Outpost Cove Dr <br> Willis, TX 77318 | | | | | | $75,000.00 |
| 6   Christensen Ready Mix <br> 1912 US-89 <br> Mount Pleasant, UT 84647 | | | | | | $252,600.32 |
| 7   Dynasty Energy <br> 210 Magnate Drive, Suite 101 <br> Lafayette, LA 70508 | | | | | | $27,951.57 |
| 8   Energy Armour <br> 457 E. 700 S. <br> Vernal, UT 84078 | | | | | | $2,042.00 |

| Debtor | Elkhorn Exploration Co. | | Case number *(if known)* | |

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | K Bar A Construction 845 E Main St Vernal, UT 84078 | | | | | | $30,185.00 |
| 10 | Larry Chambers 6107 South Lakeview St. Littleton, CO 80120 | | | | | | $13,457.82 |
| 11 | Lear & Lear, PLLC 808 East South Temple Street Salt Lake City, UT 84102 | | | | | | $97,450.00 |
| 12 | Niel Sorenson Farms 75 East 200 North Spring City, UT 84662 | | | | | | $60,000.00 |
| 13 | Pathfinder Inspections Gillette, WY 82717 | | | | | | $47,384.00 |
| 14 | Price Pumping 630 E. 500 S. , 84978 | | | | | | $8,107.50 |
| 15 | Sanpete County Landfill 160 N. Main Manti, UT 84642 | | | | | | $59,684.30 |
| 16 | Senergy 622 S. 56th Avenue Phoenix, AZ 85043 | | | | | | $140,259.09 |
| 17 | SOFS - Stallion Rockies 950 Corbindale, Suite 400 Houston, TX 77024 | | | | | | $116,180.24 |
| 18 | Terra Guidance 67 W. Floyd Ave., Suite 105 Englewood, CO 80110 | | | | | | $28,788.60 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name            Elkhorn Exploration Co.

United States Bankruptcy Court for the:
           Eastern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number | |
| **None** | |
| 4. **Other cash equivalents** *(Identify all)* | |
| **None** | |
| 5. **Total of Part 1** | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| **None** | |

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    **$0.00**

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... → _____
                       face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$0.00**

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                    % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    **$0.00**

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**None**

**20. Work in progress**

**None**

**21. Finished goods, including goods held for resale**

**None**

**22. Other inventory or supplies**

**None**

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    __Elkhorn Exploration Co.__    Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                                    _____ $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No

         ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

  **None**

**40.  Office fixtures**

  **None**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

  **None**

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

  **None**

**43.  Total of Part 7**

  Add lines 39 through 42. Copy the total to line 86.                                            $0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
  ☑ No
  ☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**
  ☐ No. Go to Part 9.
  ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

  **None**

**48.  Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

___

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1 | **Three (3) 400 Bbl Water Tanks** | **(Unknown)** | **Cost** | **$18,000.00** |
|---|---|---|---|---|

**Additional Page Total** - *See continuation page for additional entries*    **$124,000.00**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    **$142,000.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

---

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1   **Elkhorn-Skyline 11-3**<br>**Well API No. 4303950011 UT** | **Oil & Gas - 15% Carried Working Interest** | **(Unknown)** | | **(Unknown)** |
| 55.2   **Moroni #11M-1107 Well**<br>**Well API No. 4303950005 Moroni City, UT** | **Oil & Gas - 5% Working Interest** | **(Unknown)** | | **(Unknown)** |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**  Intangibles and Intellectual Property

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                                                 $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | __Elkhorn Exploration Co.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                 **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Elkhorn Exploration Co.**                                      Case number *(if known)*
_____
Name

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $142,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................. | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $142,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................... | | $142,000.00 |

Debtor    __Elkhorn Exploration Co.__                                    Case number *(if known)* _____
      Name

**Additional Page**

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment - *Continued*** | | | |
| 50.2 **1200 ft 2-3/8 4.7# J-55 tubing $2.00/ft** | **(Unknown)** | Cost | **$24,000.00** |
| 50.3 **20,000 ft of 5-1/2 11.6# P-110 csg $5.00/ft** | **(Unknown)** | Cost | **$100,000.00** |
| **All personal property (well casing, tubing, joints, downhole equipment) associated with three wells — the**<br>50.4 **#11-3, #11-2, and #14-1.** | **(Unknown)** | | **(Unknown)** |

Fill in this information to identify the case:

Debtor name ___Elkhorn Exploration Co.___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,489,262.15 | |
| --- | --- | --- |

| Debtor | Elkhorn Exploration Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.1** **Creditor's name**

B & C Quick Test, Inc.

**Creditor's mailing address**

2460 N. 500 E

Vernal, UT 84078

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

    **1) B & C Quick Test, Inc.** ; 2)
Basin Fluids, LLC; 3) Basin Well
Logging Wireline Services; 4) BHS,
Inc. dba Dalbo; 5) Canary Drilling
Services, LLC; 6) Cochran
Chemical Company, Inc. ; 7)
Crescent Consulting, LLC; 8) CVM
Management, LLC; 9) J.D. Rush
Corp. 5900 E. Lerdo Hwy; 10) Pete
Martin Drilling, LLC; 11) Pinnacle
Fuels, LLC; 12) Propetro Services,
Inc. ; 13) Schlumberger Technology
Corporation ; 14) Slate Energy
Marketing; 15) Toolpushers Supply
Company ; 16) Total Directional
Services, LLC; 17) Zeco
Equipment, LLC

**Describe debtor's property that is subject to a
lien**

Elkhorn-Skyline 11-3

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $29,345.00

Column B: unknown

| Debtor | Elkhorn Exploration Co. | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| **Part 1:** | Additional Page | | *Column A* | *Column B* |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.2** | **Creditor's name**
Basin Fluids, LLC

**Describe debtor's property that is subject to a lien**
Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

$508,825.93    unknown

**Creditor's mailing address**
4317 E. Utah Pl
Denver, CO 80222

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.
    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor   Elkhorn Exploration Co.                                          Case number (if known) _____

Name

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.3  Creditor's name**

Basin Well Logging Wireline Services

**Creditor's mailing address**

5265 Ronald Blvd., Ste. 110

Johnstown, CO 80534

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**          $54,638.87          unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    Elkhorn Exploration Co.    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

BHS, Inc. dba Dalbo

**Creditor's mailing address**

2150 S. 1300 E. Ste. 100

Salt Lake City, UT 84106

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No
☑ Yes. Have you already specified the
  relative priority?

  ☐ No.  Specify each creditor, including
    this creditor, and its relative
    priority.

  _____

  ☑ Yes. The relative priority of creditors
    is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a
lien**    $68,000.00    unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3,
Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5  Creditor's name**

Canary Drilling Services, LLC

**Creditor's mailing address**

17207 N. Perimeter Drive, Suite 120

Scottsdale, AZ 85255

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors
is specified on lines _2.1, 2.2_

**Describe debtor's property that is subject to a
lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3,
Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $85,218.63

Column B: unknown

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
         Name

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

Cochran Chemical Company, Inc.

**Creditor's mailing address**

1800 Ray Davis Blvd

Seminole, OK 74868

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1, 2.2

**Describe debtor's property that is subject to a lien**    $57,981.00    unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   Elkhorn Exploration Co.                                                    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

Crescent Consulting, LLC

**Creditor's mailing address**

13212 N. MacArthur Blvd.

Oklahoma City, OK 73142

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No
☑ Yes. Have you already specified the
    relative priority?

   ☐ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

          _____
          _____

   ☑ Yes. The relative priority of creditors
          is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a
lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3,
Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$252,984.04                    unknown

| Debtor | Elkhorn Exploration Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

CVM Management, LLC

**Creditor's mailing address**

13212 N MacArthur Blvd.

Oklahoma City, OK 73142

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$61,503.60     unknown

Debtor      Elkhorn Exploration Co.                                        Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

J.D. Rush Corp. 5900 E. Lerdo Hwy

**Creditor's mailing address**

_____

Shafter, CA 93263

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$219,921.75      unknown

Debtor    Elkhorn Exploration Co.                                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

Pete Martin Drilling, LLC

**Creditor's mailing address**

P.O. Box 1935

Vernal, UT 84078

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1, 2.2

**Describe debtor's property that is subject to a lien**    $62,065.41    unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Elkhorn Exploration Co.                                          Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11  Creditor's name**

Pinnacle Fuels, LLC

**Creditor's mailing address**

20250 W. 2000 S.

Duchesne, UT 84021

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** __ __ __ __
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$138,486.18          unknown

Debtor   Elkhorn Exploration Co.                                                          Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.12** Creditor's name

Propetro Services, Inc.

**Creditor's mailing address**

1706 S. Midkiff Road

Midland, TX 79701

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

$217,446.84                    unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   Elkhorn Exploration Co.   _____   Case number (if known) _____
          Name

| **Part 1:** | Additional Page | *Column A* | *Column B* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

Schlumberger Technology Corporation

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

$219,921.75          unknown

**Creditor's mailing address**

3600 Briarpark Drive

Houston, TX 77042

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

| Debtor | Elkhorn Exploration Co. | Case number (if known) |
|--------|--------------------------|--------------------------|
|        | Name                     |                          |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|-------------|-----------------|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

Slate Energy Marketing

**Creditor's mailing address**

4251 FM 2181, Suite 230-474

Denton, TX 76210

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $60,305.45

Column B: unknown

Debtor   Elkhorn Exploration Co.                                    Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.15** Creditor's name

Toolpushers Supply Company

**Creditor's mailing address**

P. O. Drawer 2360

Casper, WY 82602

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $589,687.78

Column B: unknown

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

Total Directional Services, LLC

**Creditor's mailing address**

P.O. Box 831, Suite B

Windsor, CO 80550

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** __ __ __ __
**account
number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

   _____

   ☑ Yes. The relative priority of creditors
is specified on lines  2.1, 2.2

**Describe debtor's property that is subject to a
lien**                                                        $703,770.36                    unknown

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3,
Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Elkhorn Exploration Co.                                          Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---------|-----------------|----------------------|----------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** **Creditor's name**

Zeco Equipment, LLC

**Creditor's mailing address**

275 South 800 East

Vernal, UT 84078

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

**Describe debtor's property that is subject to a lien**

Elkhorn-Skyline 11-2, Elkhorn-Skyline 11-3, Elkhorn-Skyline 14-1

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$159,159.56       unknown

| Debtor | Elkhorn Exploration Co. | Case number (if known) |
|---|---|---|
| | Name | |

---

| Part 1: | Additional Page | | |
|---|---|---|---|

---

**2.2** Creditor's name

Basin Fluids, LLC

**Specify each creditor, including this creditor, and its relative priority.**

For Elkhorn-Skyline 11-2: **1) Basin Fluids, LLC**; 2) Basin Well Logging Wireline Services; 3) BHS, Inc. dba Dalbo; 4) Canary Drilling Services, LLC; 5) Cochran Chemical Company, Inc. ; 6) Crescent Consulting, LLC; 7) CVM Management, LLC; 8) J.D. Rush Corp. 5900 E. Lerdo Hwy; 9) Pete Martin Drilling, LLC; 10) Pinnacle Fuels, LLC; 11) Propetro Services, Inc. ; 12) Schlumberger Technology Corporation ; 13) Slate Energy Marketing; 14) Toolpushers Supply Company ; 15) Total Directional Services, LLC; 16) Zeco Equipment, LLC, For Elkhorn-Skyline 11-3: 1) B & C Quick Test, Inc. ; **2) Basin Fluids, LLC**; 3) Basin Well Logging Wireline Services; 4) BHS, Inc. dba Dalbo; 5) Canary Drilling Services, LLC; 6) Cochran Chemical Company, Inc. ; 7) Crescent Consulting, LLC; 8) CVM Management, LLC; 9) J.D. Rush Corp. 5900 E. Lerdo Hwy; 10) Pete Martin Drilling, LLC; 11) Pinnacle Fuels, LLC; 12) Propetro Services, Inc. ; 13) Schlumberger Technology Corporation ; 14) Slate Energy Marketing; 15) Toolpushers Supply Company ; 16) Total Directional Services, LLC; 17) Zeco Equipment, LLC; For Elkhorn-Skyline 14-1: **1) Basin Fluids, LLC**; 2) Basin Well Logging Wireline Services; 3) BHS, Inc. dba Dalbo; 4) Canary Drilling Services, LLC; 5) Cochran Chemical Company, Inc. ; 6) Crescent Consulting, LLC; 7) CVM Management, LLC; 8) J.D. Rush Corp. 5900 E. Lerdo Hwy; 9) Pete Martin Drilling, LLC; 10) Pinnacle Fuels, LLC; 11) Propetro Services, Inc. ; 12) Schlumberger Technology Corporation ; 13) Slate Energy Marketing; 14) Toolpushers Supply Company ; 15) Total Directional Services, LLC; 16) Zeco Equipment, LLC

Fill in this information to identify the case:

Debtor name _____ Elkhorn Exploration Co. _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **Elkhorn Exploration Co.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bitco Services**

**25138 Township Rd 490**

**Alberta, CN T4X 2N4,**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$56,895.13

**3.2** Nonpriority creditor's name and mailing address

**Blackstone Oilfield Services**

**525 N. 1st Street #77**

**Bloomfield, NM 87413**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$114,955.23

**3.3** Nonpriority creditor's name and mailing address

**Brian Bajoie**

**13902 Cotton Bluff Lane**

**Tomball, TX 77377**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

**3.4** Nonpriority creditor's name and mailing address

**C&M Oilfield rentals**

**3429 Cottonwood Ave Ste 1**

**Cody, WY 82414**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,614.08

| Debtor | Elkhorn Exploration Co. | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td colspan="2">Additional Page</td></tr>
</table>

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

**Chris Smart**

**11467 Outpost Cove Dr**

**Willis, TX 77318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $252,600.32 |
|---|---|---|---|

**Christensen Ready Mix**

**1912 US-89**

**Mount Pleasant, UT 84647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,951.57 |
|---|---|---|---|

**Dynasty Energy**

**210 Magnate Drive, Suite 101**

**Lafayette, LA 70508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,042.00 |
|---|---|---|---|

**Energy Armour**

**457 E. 700 S.**

**Vernal, UT 84078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Elkhorn Exploration Co. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,185.00
*Check all that apply.*

K Bar A Construction

845 E Main St

Vernal, UT 84078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,457.82
*Check all that apply.*

Larry Chambers

6107 South Lakeview St.

Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97,450.00
*Check all that apply.*

Lear & Lear, PLLC

808 East South Temple Street

Salt Lake City, UT 84102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60,000.00
*Check all that apply.*

Niel Sorenson Farms

75 East 200 North

Spring City, UT 84662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Elkhorn Exploration Co. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

Pathfinder Inspections

Gillette, WY 82717

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,384.00

---

**3.14** Nonpriority creditor's name and mailing address

Price Pumping

630 E. 500 S.

84978

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,107.50

---

**3.15** Nonpriority creditor's name and mailing address

Sanpete County Landfill

160 N. Main

Manti, UT 84642

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,684.30

---

**3.16** Nonpriority creditor's name and mailing address

Senergy

622 S. 56th Avenue

Phoenix, AZ 85043

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$140,259.09

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Elkhorn Exploration Co.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address

**SOFS - Stallion Rockies**

**950 Corbindale, Suite 400**

**Houston, TX 77024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$116,180.24

---

**3.18** | Nonpriority creditor's name and mailing address

**Terra Guidance**

**67 W. Floyd Ave., Suite 105**

**Englewood, CO 80110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,788.60

---

**3.19** | Nonpriority creditor's name and mailing address

**Uintah Group**

**85 South 200 East**

**Vernal, UT 84078**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor    **Elkhorn Exploration Co.**

Name

Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,342,554.88 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,342,554.88 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Elkhorn Exploration Co. |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | Chapter 11 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: #11-3 wellhead rental <br><br> State the term remaining: 0 months <br><br> List the contract number of any government contract: | Canary, LLC <br> 17207 N. Perimeter Drive, Suite 120 <br><br> Scottsdale, AZ 85255 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: <br><br> State the term remaining: <br><br> List the contract number of any government contract: | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: <br><br> State the term remaining: <br><br> List the contract number of any government contract: | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: <br><br> State the term remaining: <br><br> List the contract number of any government contract: | |

Fill in this information to identify the case:

Debtor name   **Elkhorn Exploration Co.**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Elkhorn Exploration Co.**                                    Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.6 | _____ | _____ Street _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                        **Schedule H: Codebtors**                    page __2__ of __2__

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name _____ Elkhorn Exploration Co. _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................

   | $142,000.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................

   | $142,000.00 |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $3,489,262.15 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $1,342,554.88 |

4. **Total liabilities**...................................................................................................................

   | $4,831,817.03 |

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name          Elkhorn Exploration Co. |
| United States Bankruptcy Court for the:<br>          Eastern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.   Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023   to   Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From 01/01/2022   to   12/31/2022<br>MM/ DD/ YYYY          MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From 01/01/2021   to   12/31/2021<br>MM/ DD/ YYYY          MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023   to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022   to   12/31/2022<br>MM/ DD/ YYYY          MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021   to   12/31/2021<br>MM/ DD/ YYYY          MM/ DD/ YYYY | _____ | _____ |

Debtor    Elkhorn Exploration Co.                                  Case number *(if known)*
          Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |

| Relationship to debtor |
|---|
| _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    Elkhorn Exploration Co.                                          Case number *(if known)*
          Name

5.1.  _____     _____     _____    _____

      Creditor's name

      _____

      Street

      _____

      _____

      City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br><br> City   State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | See Attached <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> City   State   ZIP Code | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| | **Case number** <br><br> _____ | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor    Elkhorn Exploration Co.                                    Case number *(if known)* _____

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City          State    ZIP Code | **Case number** | Street |
| | | City          State    ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City          State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| **10.1.** | | | |

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                State      ZIP Code

**Relationship to debtor**

_____

Debtor   Elkhorn Exploration Co.                                      Case number *(if known)* _____
         Name

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 9013 Thompson Drive<br>Street<br><br>Argyle, TX 76226<br>City          State     ZIP Code | From _____ To 07/15/2023 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>Street | _____ | _____ |
|  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | _____ | *Check all that apply:*<br>❏ Electronically<br>❏ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
❏ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ❏ No
   ❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor    Elkhorn Exploration Co.                                 Case number *(if known)*_____
          Name

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Debtor    Elkhorn Exploration Co.                                                    Case number *(if known)*
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

Debtor ___Elkhorn Exploration Co._____  Case number *(if known)* _____
      Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State   ZIP Code | City     State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City     State   ZIP Code | City     State   ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City     State   ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor    Elkhorn Exploration Co.                                    Case number (if known) _____
          Name

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | _____ | From _____ To _____ |
| | Name | |
| | _____ | |
| | Street | |
| | _____ | |
| | _____ | |
| | City              State         ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | _____ | From _____ To _____ |
| | Name | |
| | _____ | |
| | Street | |
| | _____ | |
| | _____ | |
| | City              State         ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| J. David Gowdy | _____ |
| Name | |
| 3637 W. Plymouth Rock Cove | _____ |
| Street | |
| _____ | |
| Lehi, UT 84043 | |
| City              State         ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
       statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City              State         ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Elkhorn Exploration Co.                                      Case number (if known)
_____
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

City                          State              ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John B. Diefenbach | 539 W. Commerce Street 205 Dallas, TX 75208 | Sole Director and President/CEO, | 0.00% |
| Twin Creek Land Partners, LLC | 3637 W Plymouth Rock Cove Lehi, UT 84043 | , Shareholder | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Frank James Brown | 9013 Thompson Drive Argyle, TX 76226 | President/CEO, | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |

| Relationship to debtor |
|---|

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    Elkhorn Exploration Co.                                              Case number *(if known)*
Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/13/2023
              MM/ DD/ YYYY

X /s/ John B. Diefenbach                                Printed name            John B. Diefenbach
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Sole Director and President/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**<u>Attachment to SOFA – PART 3</u>**

*All case were filed in the state of Utah*

• B&C Quick Test, Inc. v. Elkhorn Exploration Co., et al. (Case No. 220600023)

• Basin Well Logging Wireline Services, Inc. v. Elkhorn Exploration Co.

• BHS, Inc. v. Elkhorn Exploration Co. (Case No. 210905383)

• Crescent Consulting, LLC/CVM Management LLC v. Elkhorn Exploration Co., et al. (Case No. 210600078)

• Cyclone Drilling, Inc. v. Elkhorn Exploration Co., et al. (Case No. 210600083)

• Pete Martin Drilling, LLC v. Elkhorn Exploration Co. (Case No. 220600003)

• Pinnacle Fuels, LLC v. Elkhorn Exploration Co. (Case No. 210600067)

• Propetro Services, Inc. v. Elkhorn Exploration Co., et al. (Case No. 220600012)

• Schlumberger Technology Corporation v. Elkhorn Exploration Co., et al. (Case No. 220600025)

• Senergy Petroleum, LLC v. Elkhorn Exploration Co. (Case No. 220600002)

• Slate Energy Marketing LLC v. Elkhorn Exploration Co., et al. (Case No. 210600069)

• Toolpushers Supply Co v. Elkhorn Exploration Co., et al. (Case No. 210600031)

• Total Directional Services, LLC v. Elkhorn Exploration Co., et al. (Case No. 220600020)

• ZECO Equipment, LLC v. Elkhorn Exploration Co. (Case No. 210600081)

**Note: All cases against Elkhorn were consolidated in March 2023 into a single Case No. 210600031**

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

B & C Quick Test, Inc.
2460 N. 500 E
Vernal, UT 84078

Basin Fluids, LLC
4317 E. Utah Pl
Denver, CO 80222

Basin Well Logging Wireline
Services
5265 Ronald Blvd., Ste. 110
Johnstown, CO 80534

BHS, Inc. dba Dalbo
2150 S. 1300 E. Ste. 100
Salt Lake City, UT 84106

Bitco Services
25138 Township Rd 490
Alberta, CN T4X 2N4

Blackstone Oilfield Services
525 N. 1st Street #77
Bloomfield, NM 87413

Brian Bajoie
13902 Cotton Bluff Lane
Tomball, TX 77377


C&M Oilfield rentals
3429 Cottonwood Ave Ste 1
Cody, WY 82414


Canary Drilling Services, LLC
17207 N. Perimeter Drive, Suite 120
Scottsdale, AZ 85255


Canary, LLC
17207 N. Perimeter Drive, Suite 120
Scottsdale, AZ 85255


Chris Smart
11467 Outpost Cove Dr
Willis, TX 77318


Christensen Ready Mix
1912 US-89
Mount Pleasant, UT 84647


Cochran Chemical Company,
Inc.
1800 Ray Davis Blvd
Seminole, OK 74868


Crescent Consulting, LLC
13212 N. MacArthur Blvd.
Oklahoma City, OK 73142

CVM Management, LLC
13212 N MacArthur Blvd.
Oklahoma City, OK 73142


Dynasty Energy
210 Magnate Drive, Suite 101
Lafayette, LA 70508


Energy Armour
457 E. 700 S.
Vernal, UT 84078


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J.D. Rush Corp. 5900 E. Lerdo
Hwy
Shafter, CA 93263


K Bar A Construction
845 E Main St
Vernal, UT 84078


Larry Chambers
6107 South Lakeview St.
Littleton, CO 80120

Lear & Lear, PLLC
808 East South Temple Street
Salt Lake City, UT 84102


Niel Sorenson Farms
75 East 200 North
Spring City, UT 84662


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
110 N College Ave Ste 300
Tyler, TX 75702-7231


Pathfinder Inspections
Gillette, WY 82717


Pete Martin Drilling, LLC
P.O. Box 1935
Vernal, UT 84078


Pinnacle Fuels, LLC
20250 W. 2000 S.
Duchesne, UT 84021


Price Pumping
630 E. 500 S.
84978

Propetro Services, Inc.
1706 S. Midkiff Road
Midland, TX 79701


Sanpete County Landfill
160 N. Main
Manti, UT 84642


Schlumberger Technology
Corporation
3600 Briarpark Drive
Houston, TX 77042


SEC
100 F Street
Washington, DC 20549


Senergy
622 S. 56th Avenue
Phoenix, AZ 85043


Slate Energy Marketing
4251 FM 2181, Suite 230-474
Denton, TX 76210


SOFS - Stallion Rockies
950 Corbindale, Suite 400
Houston, TX 77024


Terra Guidance
67 W. Floyd Ave., Suite 105
Englewood, CO 80110

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Toolpushers Supply Company
P. O. Drawer 2360
Casper, WY 82602

Total Directional Services, LLC
P.O. Box 831, Suite B
Windsor, CO 80550

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76102-6600


U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155


Uintah Group
85 South 200 East
Vernal, UT 84078


United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204


United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204


United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


Zeco Equipment, LLC
275 South 800 East
Vernal, UT 84078

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Elkhorn Exploration Co.**                                    CASE NO

                                                                       CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/13/2023_____        Signature _____/s/ John B. Diefenbach_____
                                                    John B. Diefenbach, Sole Director and President/CEO

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:                                                            CHAPTER  **11**

**Elkhorn Exploration Co.**

DEBTOR(S)                                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Twin Creek Land Partners, LLC** <br> 3637 W Plymouth Rock Cove <br> Lehi, Utah 84043 | | 100% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Sole Director and President/CEO**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **09/13/2023**_____        Signature:  /s/ John B. Diefenbach _____

*John B. Diefenbach, Sole Director and President/CEO*