| Debtor | Elkhorn Exploration Co. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/13/2023
             MM/ DD/ YYYY

X  /s/ John B. Diefenbach                         John B. Diefenbach
Signature of authorized representative of debtor   Printed name

Title        Sole Director and President/CEO

**18. Signature of attorney**

X  _[signature]_                                  Date  09/13/2023
Signature of attorney for debtor                        MM/ DD/ YYYY

_____
Printed name

DeMarco Mitchell, PLLC
Firm name

1255 West 15th St., 805
Number    Street

Plano                                    TX        75075
City                                     State     ZIP Code

_____                  _____
Contact phone                            Email address

_____                  _____
Bar number                               State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **4**